IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:09-CV-389-RJC-DCK

MINNACCA, INC. D/b/a HOUSE OF
MAURI SIMONE,

    Plaintiff,

v.

STEPHEN SINGH,

    Defendant.

ORDER GRANTING MOTION
FOR ADMISSION *PRO HAC VICE*
OF KAMAU A. COAR

**THIS CAUSE** having come before the Court on motion of local counsel for Defendant Stephen Singh for admission *pro hac vice* of Kamau A. Coar, and it appearing to the Court under Local Rule 83.1(B) that Mr. Coar should be admitted *pro hac vice* as representing Defendant Stephen Singh.

**IT IS THEREFORE ORDERED** that the motion is granted and that Kamau A. Coar is admitted to practice before this Court *pro hac vice*.

Signed: October 7, 2009

David C. Keesler
United States Magistrate Judge