IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:09-CV-389-RJC-DCK

| | |
|---|---|
| MINNACCA, INC. d/b/a HOUSE OF MAURI SIMONE,<br><br>   Plaintiff,<br><br> v.<br><br>STEPHEN SINGH,<br><br>   Defendant. | **ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF TIMOTHY CLINTON** |

**THIS CAUSE** having come before the Court on motion of local counsel for Plaintiff Minnacca, Inc. d/b/a House of Mauri Simone for admission *pro hac vice* of Timothy Ryan Clinton and, pursuant to Local Rule 83.1(B), it appears to this Court that Mr. Clinton should be admitted *pro hac vice*, representing Plaintiff Minnacca, Inc. d/b/a House of Mauri Simone.

**IT IS THEREFORE ORDERED** that the motion is granted and that Timothy Ryan Clinton is admitted to practice before this Court *pro hac vice*.

Signed: October 20, 2009

David C. Keesler
United States Magistrate Judge