# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Minacca, Inc.,

    Plaintiff,	JUDGMENT IN A CIVIL CASE

vs.	3:09-cv-389-RJC

Steven Singh,

    Defendant.

DECISION BY COURT.  This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 1, 2010 Order.

    Signed: July 1, 2010

*[Signature]*

Frank G. Johns, Clerk
United States District Court